UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MICHAEL RUSSO,   Civil No: 2:16-cv-06118-ADS-GRB

                Plaintiff,   **WAIVER OF SERVICE**

   -against-

SANTANDER CONSUMER USA, N.A.,

               Defendant.
-----------------------------------------------------------------X

**To: Yitzchak Zelman, Esq., Attorney for Plaintiff, 1500 Allaire Avenue, Ocean, New Jersey 07712**

I have received your request to waive service of a summons in this action along with a copy of the amended complaint. I, or the entity I represent, agree to save the expense of serving a summons and amended complaint in this case. I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from November 7 2016, the date when this request was sent. If I fail to do so, a default judgment may be entered against me or the entity I represent.

Dated: November 8, 2016   _/s/ Chad Fuller_
                                                   Chad R. Fuller, Es.
                                                   Virginia Bell Flynn, Esq.
                                                   Troutman Sanders LLP
                                                   11682 El Camino Real, Ste. 400
                                                   San Diego, CA 92130
                                                   Tel. (858) 509-6056
                                                   Tel: (804) 697-1480

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure. "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.