UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MICHAEL RUSSO,                          Civil No: 2:16-cv-06118-ADS-GRB

                  Plaintiff,

-against-

SANTANDER CONSUMER USA, N.A.,

                  Defendant.
-----------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL

Whereas no party has filed an Answer to the Complaint filed in this action, the Plaintiff hereby voluntarily dismisses this action against Defendants SANTANDER CONSUMER USA, N.A., and discontinues his claims against the Defendants in the above-captioned matter, with prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated:        January 26, 2017        /s/ Yitzchak Zelman
                                                      Yitzchak Zelman, Esq. (YZ5857)
                                                      MARCUS & ZELMAN, P.C.
                                                      1500 Allaire Avenue, Suite 101
                                                      Ocean, New Jersey 07712
                                                      Phone:    (732) 695-3282
                                                      *Attorney for the Plaintiff*

SO ORDERED: The Clerk of the Court is repsectfully directed to close this case.

s/ Arthur D. Spatt
_____                         1/27/17
Arthur D. Spatt, U.S.D.J.                                      Date